|  |  |
|---|---|
| **Martin Brown** <br> 2458 Hickman Rd <br> Greenwood DE 19950 <br> (302) 349-9523 <br> *Plaintiff* <br><br> V. <br><br> **State of Delaware** <br> Atty. <br> Joseph R. "Beau" Biden III <br> Delaware Attorney General <br> 114 East Market Street <br> Georgetown, DE 19947 <br> **(302) 856-5353** <br> *Defendant* | **Civil Action No.** _____ <br><br> Judge: _____ <br><br> Complaint |

# Complaint

The State of Delaware has violated the Constitutional rights of Martin W. Brown by wrongfully terminating his rights to   KT
and awarding those rights to Richard Edwards through a Voluntary Acknowledgment of Paternity. The state of Delaware also allowed no reasonable process of law or Due Process of Law for Martin Brown to air his grievance. This resulted in Martin Brown not having his daughter in his life for over a decade, from 1994 to present.

The following issue is suspicion due to the fact that the State of Delaware holds all records and refuses the reasonable request for the records. Martin Brown was unaware of this issue until June of 2007.

- The State of Delaware allowed Richard Edwards to claim paternity by means of Delaware's Voluntary Acknowledgment of Paternity sometime in 1994, without any genetic testing, while mother and

child resided in the state of Maryland; this is according to the State of Maryland's, Child Support and Enforcement.

The following issues are facts.

- The State of Delaware has no reasonable means at which to air grievance with an issue such as this due to completing the Voluntary Acknowledgment of Paternity while mother and child resided outside Delaware's jurisdiction.
- Delaware has no Putative Father Registry where alienated fathers may list themselves to prevent the child from being adopted out or accepted by another man voluntarily.
- Delaware did not have Guardian ad litem for KT during the proceedings. The State of Delaware allows the mother to represent the child even though there is a possibility that the child may need protections from the mother.
- Martin Brown attempted to get access to Delaware's Child Support and Enforcement records concerning KT through a Petition for Injunction. The State of Delaware changed that request into a Parentage Determination and reassigned Karen Taylor as the Respondent. This puts at risk another Paternity Determination case currently pending in the State of Maryland. Petition Number T010371 in Delaware's Family Court.
- Martin Brown, as the Unknown Father of KT had no notice of, nor representation during proceedings.

Due to Delaware's negligent handling of this matter Martin Brown has been without his daughter since 1994. Martin Brown has attempted to gain partial custody of KT since 1993. The State has no resources

that can assist a father attempting to gain paternity of a child after a Voluntary Acknowledgment of Paternity or Adoption.

Martin Brown has also suffered defamation of character, humiliation, and mental anguish due to Delaware's negligence.

Please see the brief, "Rights of the Unknown Father".

Relief Sought:

1) Formal, public apology to Martin Brown from the State of Delaware for their incompetence in handling this problem.

2) Make all records concerning KT available to Martin Brown to assist in the Parentage Determination case in the State of Maryland.

3) Any compensatory, punitive or monetary damages the court, judge or jury deems appropriate, but I would request a minimum of $1,000,000.00 per year, for each year since 1994; as well as all cost and disbursements or this action.

_____    *Martin W. B——* (signature)

Clerk                       Martin W Brown

Dated: _____      Dated: 10-9-2007

ORIGINAL

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BROWN, MARTIN W.

**DEFENDANTS**
DELAWARE, STATE OF

(b) County of Residence of First Listed Plaintiff  SUSSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)  JOSEPH R. BIDEN III
DELAWARE ATTORNEY GENERAL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
14TH AMENDMENT
Brief description of cause: VIOLATION OF DUE PROCESS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000 PER YEAR
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 10-9-2007
SIGNATURE OF ATTORNEY OF RECORD  Martin B.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# 07-617

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received OCT 9, 2007    Signed: _____
by Plaintiff:                          Pro Se Plaintiff

Date Received 10-9-07    Signed: _____
by Clerk's office:                    Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 - 6 1 7

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



I HEREBY ACKNOWLEDGE RECEIPT OF _2_ COPIES OF AO FORM 85.

_Oct 9, 2007_　　　　　_Mart B_
(Date forms issued)　　　(Signature of Party or their Representative)

MARTIN BROWN
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action