07-617

| | |
|---|---|
| **Martin Brown** ) | **Civil Action No.** _____ |
| 2458 Hickman Rd ) | |
| Greenwood DE 19950 ) | |
| (302) 349-9523 ) | Judge: _____ |
| *Plaintiff* ) | |
| ) | |
| ) | **Brief** |
| V. ) | Rights of the Unknown Father |
| ) | |
| **State of Delaware** ) | |
| Atty. ) | |
| Joseph R. "Beau" Biden III ) | |
| Delaware Attorney General ) | |
| 114 East Market Street ) | |
| Georgetown, DE 19947 ) | |
| **(302) 856-5353** ) | |
| *Defendant* ) | |

FILED
2007 OCT -9 PM 12:48
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The 14th Amendment provides for a process of law. It supports a fundamental belief that that a person needs to be properly notified if a case is brought against them, that they have Due Process of Law. What happens when that right is thrown away and people do what they want with no consequence considered to a party to a case? What you have is the State of Delaware's process for Adoptions and Voluntary Acknowledgements of Paternity. This is the basis of my brief "Rights of the Unknown Father".

## Right's of the Unknown Father

The rights of a parent cannot be terminated without Due Process. There must take place certain steps to terminate those rights. The process is fairly simple when the father is known after genetic testing, but what about when a father's name and location is unknown. Often those rights are terminated without any notice or due process; this is what happened

to me. A daughter taken from me without Due Process and with no realistic process to argue in a court of law.

For almost 15 years I have fought and have yet to get a simple genetic test to get my rights after KAREN allowed Richard Edwards to sign a Voluntary Acknowledgement of Paternity on KT without my knowledge or consent.

The State of Delaware does not seem to realize a child must sometimes be protected from the mother. They allow the mother to act as guardian during the proceeding not giving any relevance to the fact that the child may need to have their rights protected and that the mother is not acting in the best interest of the child.

In my case Karen Taylor acting as KT's legal guardian during the proceedings terminated my rights as the Unknown Father without Due Process. Karen did not list all possible fathers despite knowing I was a possible father and the most likely person to be KT natural father.

In the United States, society does not break down due to rule of law, but what happens when the law does not have a process by which a person can air a grievance? There exists a Consumer Bill of Rights which allows for a consumer to complain to a company about a product, but where do I complain about the theft of a child?

Turned away by all State Agencies and laughed at by the Police, I was unable to even file a complaint. I could not file criminal charges of perjury without an official complaint issued by the police. The state agencies that I contacted turned me away. The court told me I did not have enough information to file, yet Delaware's Child Support and Enforcement (DCSE) had all the documents about KT as well as managed KT'S case.

For a decade I begged for help from state agencies and got none. The courts said I didn't have enough information to file. The DCSE said I would need a subpoena to get the documents, but I would need a case started to get the subpoena. Lawyers said I needed to know where Karen was to determine jurisdiction. Even the private investigator could not find Karen. So for a decade I dealt with this circle of despair with no realistic process to legally argue or complain.

There is a spot on KT birth certificate that is there in the expectation that her natural father's name will be listed. That spot once listed 'Unknown' now has a name. That name was placed there without Due Process of Law to the Unknown Father. The State allowed that name change and terminated rights that I could have had if that spot was left 'Unknown'.

Putting aside Due Process, what rights has an Unknown Father lost when something like this happens? All their rights to the child, especially if there was an adoption. They loose the exact same rights that a listed father looses when his rights to the child are terminated. So why not have a process by which an Unknown Father can receive Due Process. Why not have a Guardian ad litem for the child having the paternal change when there is a possibility of deceit by the mother?

What does a mother have to gain by deceit? She has the ability to remove the child from her life without having the responsibility of support. If the natural father received the child he can request support or relief. By placing a child for adoption without the father's knowledge she can remove the child from her life and not have any obligation of support of relief for the child.

In my situation I believe she had Richard Edwards listed as the father for several reasons. First, it was a defense to me trying to be a part of KT life. Second, it would be needed to collect state assistance. Richard had other children with her and therefor already had an

obligation of support. Karen was able to get state assistance and yet, keep me out of the situation.

In conclusion I would like to say, I gained my rights by default when KT was born. I lost my rights when they were terminated without due process. I have spent 15 years trying to get a genetic test to prove I am KT's father and have been stopped due to lack of legal process. I would ask this court to give me some satisfaction and assistance in protecting my basic rights guaranteed to me by the United States Constitution. I would ask that this court protect the right of all fathers who name isn't 'Dad', but who's name is 'Unknown'.

_____                            _Martin W. B_____

Clerk                                              Martin W Brown

Dated: _____                             Dated: _OCT 9, 2007_