IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| **MARTIN BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C. A. No. 07-00617 *** |
| | ) |
| **STATE OF DELAWARE,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Linda M. Carmichael on behalf of Defendant State of Delaware. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Linda M. Carmichael
Linda M. Carmichael, ID#3570
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Dated: November 19, 2007        Attorney for Defendant State of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| MARTIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-00617 *** |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) true and correct copies of the foregoing Entry of Appearance were served on November 19, 2007 in the manner indicated upon the following:

**VIA FIRST CLASS MAIL POSTAGE PREPAID**

Martin Brown
2458 Hickman Road
Greenwood, DE  19950

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Linda M. Carmichael
Linda M. Carmichael (DE #3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400 (telephone)
(302) 577-6630 (facsimile)
Dated:  November 19, 2007            Attorney for Defendant
State of Delaware