**Service of Process Affidavit**      **East Coast Process Servers**

Martin Brown

        **Plaintiff,**                                Case No.07-617

    VS.

State of Delaware

Joseph R. "Beau" Biden III

DELAWARE ATTORNEY GENERAL

        **Defendant,**

I, <u>Robert B Rodriguez</u>, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**

I served, with Writ of Summons and Complaint L/W: Keith Brady (Rep)

☐ Residence:

☒ Business Address: 820 North French Street, Wilmington, DE 19801

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with  X Keith Brady, the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion

☐ Address Does Not Exist ☐

Other_____

**Service Attempts:** Service was attempted on: 11/05/2007 @ 09:45

**Description Of Rep:** Age:50 Sex: M Race: W Height: 6'3" Weight: 220lbs. Hair: Salt & Pepper Hair

SIGNATURE OF PROCESS SERVER

Robert B. Rodriguez

*[signature]*

SUBSCRIBED AND SWORN to before me this ___7___ day of _December_ 2007.

Printed Name of NOTARY

*[handwritten name]*

SIGNATURE OF NOTARY PUBLIC

*[signature]*

NOTARY PUBLIC for the state of _Delaware_

Case No.07-617