IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-00617 *** |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**STATE OF DELAWARE'S MOTION TO DISMISS COMPLAINT**

Defendant, State of Delaware, by and through its counsel, hereby moves this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying State of Delaware's Opening Brief in Support of Motion to Dismiss.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Linda M. Carmichael
        Linda M. Carmichael, I.D. #3570
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE  19801
        (302) 577-8400
        Attorney for State of Delaware

DATED:  November 26, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2007, I electronically filed the State of Delaware's Motion to Dismiss the Complaint with the Clerk of the Court using CM/ECF.  In addition, I caused the attached to be mailed via first class mail to:

Martin Brown
2458 Hickman Road
Greenwood, DE  19950
Via first class mail

                                          By: /s/ Linda M. Carmichael
                                          Linda M. Carmichael I.D. #3570
                                          Deputy Attorney General
                                          Carvel State Office Building
                                          820 North French Street, 6th Flr.
                                          Wilmington, DE 19801
                                          (302) 577-8400
                                          linda.carmichael@state.de.us
                                          Attorney for the State of Delaware