Form 190
(Rev. 1/91)

# The Family Court of the State of Delaware

FOR ____ NEW CASTLE ____ KENT  X  SUSSEX COUNTY

RESP #2: KAREN TAYLOR

PETITION - Petition for Injunction

**Petitioner**
Last: BROWN
First: MARTIN
M.I.: W
Address: [redacted]
City/State/Zip: [redacted]
Attorney: PRO SE

**Respondent**
Last: DELAWARE HEALTH AND Social Services
Respondent #3: Vital Statistics
Respondent #4: DCSE

File No. CS07-01569
CPI No. 07-29856

Petitioner alleges the following (please list in consecutively numbered paragraphs):

SEE ATTACHED PETITION FOR INJUNCTION
MARTIN BROWN
VS
DELAWARE HEALTH AND SOCIAL SERVICES
 - OFFICE OF VITAL STATISTICS
 - CHILD SUPPORT AND ENFORCEMENT

Petitioner seeks the following relief:

* COPY OF ALL RECORDS INVOLVING K[redacted] T[redacted] FROM OFFICE OF VITAL STATISTICS AND CHILD SUPPORT AND ENFORCEMENT

* REMOVAL OF RICHARD EDWARDS FROM K[redacted] T[redacted] CERTIFICATE OF BIRTH

affirm
~~SWORN~~ TO AND SUBSCRIBED
before me this date,
9/7/07

_Cindy E Bunting_
Notary Public

_Don Clerk of Ct_

_Martin B_
Petitioner/Attorney

DE LIC EXP b/11/b
Address (if not stated above)

Exhibit "A"

FORM 235

THE FAMILY COURT OF THE STATE OF DELAWARE
For Sussex County
22 THE CIRCLE
GEORGETOWN DE 19947

PETITION FOR PARENTAGE DETERMINATION

Petitioner
MARTIN W BROWN


Respondent:
KAREN E TAYLOR


File Number(s)
CS07-01569

CPI Number(s)
07-29856    N4D

DCSE NUMBER

The Court has been unable to establish jurisdiction over respondent. Attempts to serve respondent at the above address have been unsuccessful, and no request for alternate service was made. The respondent must be served with a summons and a copy of the petition before the Court may schedule a hearing. The petitioner is responsible for providing an address at which respondent can be served.

IN VIEW OF THE FOREGOING,          IT IS ORDERED:
   The above petition is dismissed for lack of personal jurisdiction. The dismissal is without prejudice against reinstatement of this same petition if, within 90 days and in writing to this Commissioner, you provide a residence or employment address in Delaware at which it appears likely that respondent may be served.

DATE MAILED
OCT 23 2007

_____         _____
Commissioner                    Date Issued
COMMISSIONER SOUTHMAYD          10/18/07

THE PARTIES ARE ADVISED OF THEIR RIGHT TO APPEAL A COMMISSIONER'S ORDER TO A JUDGE OF THE FAMILY COURT BY FILING AND SERVING WRITTEN OBJECTIONS TO THIS ORDER WITHIN TEN (10) DAYS OF THE DATE OF THIS ORDER.

CC:   X Petitioner   X DCSE Operations   X File   __ O. S. Agency   __ Other_____

PROVIDE ADDITIONAL INFORMATION FOR SERVICE HERE:
_____
_____
_____

IT IS ORDERED:
___    APPROVED FOR REINSTATEMENT

___    REINSTATEMENT DENIED DUE TO
       _ Same address as previous without adequate explanation.
       _ More than 90 days since original dismissal.
       _ Other _____

                                   _____    _____
                                   Commissioner               Date
                                   CFCCSC1                    10/17/2007