

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

January 3, 2008

The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Lock Box 26
Room 2325
Wilmington, DE  19801

RE:  Martin Brown v. State of Delaware
     C.A. No. 07-617-***-LPS

Dear Judge Stark:

On December 3, 2007, Your Honor entered an Order in the above captioned matter requiring the parties to meet and confer and submit their proposed scheduling order. Counsel and Mr. Brown discussed proposed dates and submit herewith an agreed upon proposed Scheduling Order.

Your Honor has scheduled a teleconference with the parties on January 8, 2008 at 11:00 a.m. I will initiate this teleconference and contact Mr. Brown at 302-349-9523 shortly before the conference is scheduled to begin.

As always, I am available at the convenience of the Court.

Respectfully submitted,

/s/ Linda M. Carmichael

Linda M. Carmichael
Deputy Attorney General


cc:  Mr. Martin Brown
     (via first class mail and via email - magik-gardens@hotmail.com)