IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-617-SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 29th day of April, 2008, having reviewed the docket and there being both a pending motion to dismiss (to which plaintiff has not responded) and a subsequent scheduling order submitted by the parties and executed by Magistrate Judge Stark;

IT IS ORDERED that, on or before **May 29, 2008,** plaintiff shall file a response to the motion to dismiss (D.I. 7), unless the motion has been mooted by agreement of the parties to pursue discovery and resolve the case no earlier than the summary judgment motion stage. In the absence of a timely response by plaintiff, the motion to dismiss shall be resolved on defendant's papers.

_____
United States District Judge