IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRIC OF DELAWARE

| | | |
|---|---|---|
| MARTIN BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civ. No. 07-00617*** |
| | ) | |
| STATE OF DELAWARE | ) | |
| | ) | |
| Defendant. | ) | |

### Notice of Appeal

Notice is hereby given that plaintiff, Martin Brown, appeals to the United States Court of Appeals for the Third Circuit from an order of the United States District Court for the District of Delaware, entered July 1, 2008, dismissing plaintiff's case.

Respectfully Submitted,

*[signature]*

Martin Willis Brown
2458 Hickman Rd
Greenwood DE, 19950
(302) 349-9523
http://www.SearchingForKim.com
Magick_Gardens@hotmail.com
*Pro se* filing