IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-617-SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 31st day of July, 2008, the Court having reviewed the plaintiff's application to proceed on appeal without prepayment of fees under 28 U.S.C. § 1915, and finding it deficient (D.I. 17);

IT IS ORDERED that:

The plaintiff shall, **within twenty-one days** from the date of this order, **either**: (1) fully complete response to Question 2.a. (with the specific amount of take-home salary and pay period **or** with the actual annual income **and** the name and address of employer), and return the application, **or** (2) pay in full the appellate filing fee of $455.00.

**Failure to timely comply with this order may result in denial of the application to proceed on appeal without prepayment of fees.**

_____
UNITED STATES DISTRICT JUDGE