ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRIC OF DELAWARE

| | | |
|---|---|---|
| MARTIN BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civ. No. 07-00617*** *SLR* |
| | ) | |
| STATE OF DELAWARE | ) | Response to ORDER issued |
| | ) | August 1, 2008 |
| Defendant. | ) | |

### Response

I am currently unemployed with no income. Due to Energizer's restructuring of Playtex Products, my services at Playtex Products were no longer needed. I was separated from the company with my last day being July 31, 2008.

Due to countrywide economic conditions I have been unable to find comparable work since being notified of the layoff. I have signed up for retraining at Delaware Technical and Community College, which I hope will make my skills more marketable in the current economic situation.

I will be unemployed until the end of retraining; at least October 20, 2008. I hope that updated skills will assist in finding new employment thereafter.

Respectfully Submitted,

*[signature]*

Martin Willis Brown
2458 Hickman Rd
Greenwood DE, 19950
(302) 349-9523
http://www.SearchingForKim.com
Magick_Gardens@hotmail.com
*Pro se* filing