**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRIC OF DELAWARE

| | | |
|---|---|---|
| MARTIN BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civ. No. 07-00617*** *SLR* |
| | ) | |
| STATE OF DELAWARE | ) | Dismissal |
| | ) | |
| Defendant. | ) | |

### Dismissal

Please dismiss this case, Brown v. State of Delaware 07-00617, along with the appeal. I have lost all faith in the legal system and believe legal action will do no good at this time. I will continue the struggle for Men's Rights through civil disobedience in my attempt to affect change.

Please note I am not a lawyer and I do more of saying what I think and what I believe to be right. Men should have rights to children, and while Men may have rights on paper, Men have very little in reality. Both Delaware and the US District Court have done a very good job of proving that to me.

Thank You,

*[signature: Martin Brown]*

Martin Willis Brown
2458 Hickman Rd
Greenwood DE, 19950
(302) 349-9523
http://www.SearchingForKim.com
Magick_Gardens@hotmail.com
*Pro se* filing