# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-3272

Martin Brown v. State of Delaware

1-07-cv-00617

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 4, 2008

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Linda M. Carmichael, Esq.
Department of Justice
820 North French Street
Carvel Office Building
Wilmington, DE 19801-0000

Mr. Martin Willis Brown
2458 Hickman Road
Greenwood, DE 19950